| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>SOUTH JERSEY LEGAL SERVICES, INC.<br>745 Market St.<br>Camden, NJ 08102<br>856-964-2010 Ext. 6274<br>By:  DAVID M. PODELL (DP 1975) | |
| In Re:<br><br>Regency Housing Partners, L.P.<br>_____<br>REGENCY PARK RESIDENTS' ASSOCIATION, LISA MARIE MORRIS, LUVENIA CALLUM, PIERRETTE CHANG, NAM CHAN CHO, RUTH DAVERN, STEPHEN DREXLER, CHANEY HALLET, ANNETTE & RICHARD HALSEY, REN QIAO HUO, JACQUELINE JETER, SAM KIM, ANNE LUYSTER, MILDRED MCDOWELL, MURIEL STREET, and EVANGELA YOUNG,<br>    Plaintiffs,<br><br>                              v.<br><br>ALPHONSO JACKSON                                    :<br>in his official capacity as<br>SECRETARY, UNITED STATES DEPARTMENT<br>OF HOUSING AND URBAN DEVELOPMENT    :<br>451 Seventh Street, S.W., Room 10139<br>Washington, DC 20410, and the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>    Defendants | Case No.:  07-20228<br><br>Hearing Date:<br><br>Judge: Hon. Michael B. Kaplan<br><br><br>Adv. No. _____ |

## **TEMPORARY RESTRAINING ORDER**

The relief set forth on the following pages, numbered one (1) through three (3), are hereby **ORDERED**.

**(PAGE TWO)**

Debtor: REGENCY HOUSING PARTNERS, L.P.
Case No. 07-20228 (MBK)
Caption of Order: TEMPORARY RESTRAINING ORDER

It hereby ORDERED as follows:

1. A Temporary Restraining Order is hereby entered. This Order shall be in effect for a period of ten (10) days. Defendant Alphonso Jackson in his capacity as Secretary of the United States Department of Housing and Urban Development, together with his employees, designees, agents, attorneys, and assigns, is hereby restrained from undertaking, directly or indirectly, any and all efforts to sell the mortgage for Regency Park Apartments, FHA Project No. 062-36603, to any entity, as part of its Multifamily and Healthcare Loan Sale 2007-1 on Sept 19, 2007.

2. Plaintiffs are not required to post bond or provide security.

3. The Temporary Restraining Order will expire on the _____ day of _____, 2007, at _____ __.m., and it is further

4. A preliminary injunction hearing shall be conducted in this matter on _____, 2007 at ____ ___ in the United States Bankruptcy Court, 402 E. State Street, Courtroom 3, Trenton, New Jersey 08608.

5. Service of a copy of this order and the papers upon which it was granted on the United States Attorney for the District of New Jersey on or before 5 p.m. on September 17, 2007, shall constitute good and sufficient notice and service of this Order.

6. Defendants may make emergency application to this Court upon 48 hours notice to the Debtor's counsel requesting that the Temporary Restraining Order be vacated or

modified in the event of changes of circumstances or other grounds for relief from the

Order.